An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY WADALE BLALOCK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63022

**FILED**

JUN 03 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a purported district court order denying a motion "to correct an illegal sentence" entered on March 14, 2013. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The district court docket and minute entries indicate that the district court did not enter an order denying such a motion on March 14, 2013. Rather, it appears that on that date the district court orally denied a motion for an amended judgment of conviction. Because no statute or court rule authorizes an appeal from a district court order denying a motion for an amended judgment of conviction, we lack jurisdiction. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-16168

cc:    Hon. Valerie Adair, District Judge
Kocka & Bolton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Gary Wadale Blalock

SUPREME COURT
OF
NEVADA

(O) 1947A